**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JEANNETTE STEWART                                                           PLAINTIFF

VS.                    CIVIL ACTION NO. 1:11-cv-00111- DPM-JTR

METROPOLITAN LIFE INSURANCE COMPANY                 DEFENDANT

## ORDER

Jeannette Stewart and Metropolitan Life Insurance Company, have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray on 06/07/2012. The settlement agreement which the Court dictated into the record shall be filed **UNDER SEAL**.

IT IS SO ORDERED, this 7th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE