IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEANNETTE STEWART**                        **PLAINTIFF**

v.                  No. 1:11-cv-111-DPM

**METROPOLITAN LIFE**
**INSURANCE COMPANY**                    **DEFENDANT**

### JUDGMENT

Pursuant to the parties' stipulation of dismissal entered 19 June 2012, Stewart's complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 July 2012